# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALFORD SAFETY SERVICES, INC. | * | Civil Action No.:10-1319 |
| *Plaintiff* | * | |
| | * | Section: "B" (Lemelle) |
| v. | * | |
| | * | Magistrate: "2" (Wilkinson) |
| HOT-HED, INC., | * | |
| HOT-HED SALES & SERVICE, INC. | * | |
| AND | * | |
| SAFEZONE SAFETY SYSTEMS, LLC | * | |
| *Defendants* | * | |

## ADMINISTRATIVE CLOSING ORDER

Considering the joint motion of Plaintiff, Alford Safety Services, Inc. ("ASSI"), and Defendant, Safezone Safety Systems, LLC ("Safezone") to Continue All Dates or, alternatively, to Administratively Close Case (Rec. Doc. No. 97),

**IT IS ORDERED** that the motion is **GRANTED**, and that this case is administratively closed, mooting the motion to continue all dates.

**IT IS FURTHER ORDERED** that all parties shall retain the right, independent of the other parties and without the other parties' consent, to have this case reopened by filing an ex parte motion, and such motion is hereby deemed to be unopposed by the non-moving parties.

1

2

**IT IS FURTHER ORDERED** that any motion which seeks to reopen shall also state the status of related bankruptcy proceedings and request a status conference with the Court for the purpose of resetting the various dates set forth in the Court's Case Management Order, **provided** any motion to reopen shall be filed **no later than September 30, 2011.** Failure to timely file the motion to reopen will lead to dismissal of this action without further notice.

New Orleans, Louisiana, this  24th  day of  June , 2011.

_____
United States District Judge