UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFORD SAFETY SERVICES, INC.<br>*Plaintiff* | Civil Action No.:10-1319 |
| | Section: "B" (Lemelle) |
| v. | |
| | Magistrate: "2" (Wilkinson) |
| HOT-HED, INC.,<br>HOT-HED SALES & SERVICE, INC.<br>AND<br>SAFEZONE SAFETY SYSTEMS, LLC<br>*Defendants* | |

### ORDER

Having considered the foregoing Motion to Dismiss and the associated Memorandum In Support (Rec. Docs. No. 121 & 121-1),

IT IS ORDERED, ADJUGED AND DECREED that ASSI's Motion to Dismiss is GRANTED, such that all claims between ASSI and Defendant, Hot-Hed, Inc. ("HHI") are dismissed in accordance with the terms of the Agreed Order on Claim Objection issued on September 10, 2012 in *In Re Hot-Hed, Inc.*, United States Bankruptcy Court for the Southern District of Texas, Houston Division, Case No. 11-35208, attached hereto.

New Orleans, Louisiana, this 19th day of November, 2012.

UNITED STATES DISTRICT JUDGE